THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY BEASLEY, Appellant. [621 NYS2d 1022] —Judgment unanimously affirmed. Memorandum: Defendant contends for the first time on appeal that statements of an alleged co-conspirator were inadmissible in the absence of proof that a conspiracy existed at the time the statements were made *(see, People v Tran,* 80 NY2d 170, 179), and thus has failed to preserve that contention for review *(see,* CPL 470.05 [2]). Even if we were to find that the statements were improperly received, defendant was not thereby deprived of a fair trial *(see,* CPL 470.15 [6] [a]). Any error would have been harmless because eyewitness testimony that defendant shot the victim was "essentially unimpeached" *(People v Ayala,* 75 NY2d 422, 432). (Appeal from Judgment of Monroe County Court, Wiggins, J.—Manslaughter, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.